

RECEIVED BY MAIL

JUL 1 5 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**Eddie LaReece Pittman, Pro Se Plaintiff**

                     Plaintiff(s),

vs.

**Pace Analytical Sevices, LLC, Official Capacity**
**Steven Peterson, Individual Capacity**
**Ronald Eidson, Individual Capacity**
**Sara Rutter, Individual Capacity**

               Defendant(s).

(Enter the full name(s) of ALL plaintiffs
and defendants in this lawsuit.  Please
attach additional sheets if necessary.)

Case No. 25-cv-2857-JRT/LIB
(To be assigned by Clerk of District
Court)

DEMAND FOR JURY
TRIAL
       YES [✔] NO [ ]

## EMPLOYMENT DISCRIMINATION COMPLAINT

### PARTIES

1. List your name, address and telephone number.  Do the same for any additional plaintiffs.

   a. Plaintiff

   | | |
   |---|---|
   | Name | **Eddie LaReece Pittman** |
   | Street Address | **7009 Park Knoll Lane** |
   | County, City | **Wilson, Mount Juliet** |
   | State & Zip Code | **TN 37122** |
   | Telephone Number | **(202) 549-0094** |

SCANNED

JUL 1 5 2025

U.S. DISTRICT COURT MPLS

2. List all defendants.  You should state the full name of the defendant, even if that defendant is
   a government agency, an organization, a corporation, or an individual.  Include the address

where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a.  Defendant No. 1

Name              **Pace Analytical Services, LLC (in care of CEO or HR Office)**

Street Address    **1800 Elm Street**

County, City      **Hennepin, Minneapolis**

State & Zip Code  **MN 55414**

b.  Defendant No. 2

Name              **Steven Peterson (HR and GM for the Mt. Juliet campus, Bld 9)**

Street Address    **12065 Lebanon Road**

County, City      **Wilson, Mt. Juliet**

State & Zip Code  **TN 37122**

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.
Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.c., 2.d., etc.)**

JURISDICTION

The Court has jurisdiction over this action under 28 U.S.C. § 1331.

3.  This employment discrimination lawsuit is based on (check only those that apply):

a.  ☑ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et. seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.  **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission (EEOC).*

b.  ☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et. seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE**: *In*

*order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission (EEOC).*

c.  [✔] Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et. seq.,* for employment discrimination on the basis of disability.  **NOTE**: *In order to bring suit in federal court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission (EEOC).*

d.  [ ] Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et. seq.,* for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.  **NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office (EEO) representative or agency.*

e.  [✔] Other (Please describe.)

**Section 1981 wrt Discrimination based on race and disabilities**

4.  If you are claiming that the discriminatory conduct occurred at a location other than the defendant's address above, please provide the following information on where the conduct occurred:

**Official Discrimination at Corporate level; specific personal discrimination at TN level**

(Street Address)             (City/County)         (State)         (Zip Code)

5.  When did the discrimination occur?  Please give the date or time period:

**~November 2022 - ~August 2024**

ADMINISTRATIVE PROCEDURES

6.  Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

a.  [✔] Yes        Date filed: **08/20/2004**

b.  [ ] No

7.  Have you received a Notice of Right-to-Sue Letter?

a. ☑ Yes    If yes, please attach a copy of the letter to this complaint.

b. ☐ No

NATURE OF THE CASE

8. The conduct complained of in this law suit involves (check only those that apply):

a. ☐ Failure to hire me

b. ☑ Termination of my employment

c. ☐ Failure to promote me

d. ☑ Failure to accommodate my disability

e. ☐ Terms and conditions of employment differ from those of similar employees

f. ☑ Retaliation

g. ☑ Harassment

h. ☑ Other conduct (please specify):

   **Tarnishing Professional Reputation; Failure to allow change of job assignment and location, etc.**

i. Did you complain about this same conduct in the charge of discrimination, referred to in number 6 above?

   ☑ Yes   ☐ No

9. I believe that I was discriminated against because of my (check all that apply):

a. ☑ Race

b. ☐ Religion

c. ☐ National origin

4

d. ☑ Color

e. ☐ Gender

f. ☑ Disability

g. ☐ Age (my birth year is:_____ )

h. ☑ Other (please specify):

**Job Status and Rank (Rankism); in part as Retaliation for my exercising my Protected Federal and State Rights**

i. Did you state the same reason(s) in the charge of discrimination, referred to in number 6 above?

☑ Yes     ☐ No

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct (i.e. how, where, and when). Each paragraph must be numbered separately, beginning with number 10. Please write each allegation of discrimination in a separately numbered paragraph.

10.

**08/27/2023 - I requested an accommodation to wear the gloves that did not aggravate or cause my neuropathy to flare after I was threatened with a write up for wearing gloves not designated to my area even though the designated gloves were out. An Accommodation Disciplinary Interactive Process was facilitated. I was forced to take unpaid leave from 08/27/23 – 09/28/2023. The Safety Coordinator assured me this was not disciplinary, only an imposed formality for the disability accommodation process. I applied for and received FMLA leave. I also applied for short-term disability, but it was denied, resulting in mandatory unpaid leave and one month loss of income.**

**09/06/2023 – requested accommodation for transfer to another department but was denied. I was recently told via corporate that the head of HR said he denied it because company policy is not to transfer employees while they are going through a disciplinary action. This confirmed that my forced leave without pay was**

**~09/2024- Charges for Discrimination based mainly on Race and Disability filed with EEOC.**

**~04/17/25- Plaintiff actually received Right to Sue Letter after EEOC concluded its involvement with the matter.**

**~Plaintiff had till 07/16/25 to file Title VII action related to these incidents which he made effort to do.**

**Attach additional sheets of paper as necessary.**

**Check here if additional sheets of paper are attached:** ☐

**Please label the attached sheets of paper as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

**Compensatory Damages: Pain and Suffering, Humiliation, Inconveniences, Infliction of Emotional Distress: $500,000**

**Punitive Damages: Due to Deliberate Disregard for Pro Se Plaintiff's Rights as well as gross neglect and outrageous apathy which calls for Deterence measures: $1,000,000**

Date: 07/13/25

Signature of Plaintiff

Mailing Address **7009 Park Knoll Lane**
**Mount Juliet, TN 37122**

Telephone Number **(202) 549-0094**

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.

6